FILED - MQ
November 20, 2012 4:37 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __cep__ Scanned by /s/

Paul J. Nicoletti
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

UNITED STATES DISTRICT COURT for the Western District of Michigan

| Malibu Media, LLC.<br>Plantiff,<br>Vs.<br>Stephanie Welch<br>Defendant | Civil Case No.   1:12-cv-00620-RJJ<br><br>ANSWER |
|---|---|

I am Stephanie Welch. I am answering the allegations in the Complaint on file.

Answering Count 1 - I understand that the my Internet was used to illegally download the four files listed. I live in a college town and believe that being as I have Internet only through a wireless connection, someone living nearby must have connected to my Internet.

WHEREFORE, I am taking precautions by switching to an all wired Internet connection to make certain that this does not happen again. I would like to settle this out of court if the Plaintiff will agree.

Dated this 20th day of November, 2012

Stephanie Welch
Stephanie.Claflin@gmail.com
(906)373-9134
411 W. Baraga Ave. #1
Marquette, MI 49855